IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LYNETTE BARTON                                                                                          PLAINTIFF

v.                                            Case No. 2:12-CV-02063

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

**O R D E R**

On March 29, 2012, Plaintiff brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration (Doc. 1). Also on March 29, 2012, Plaintiff moved to voluntarily dismiss her case Pursuant to Fed. R. Civ. P. 41(a) (Doc. 4). On March 30, 2012, Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, entered a Report and Recommendation recommending dismissal of the present action (Doc. 5). Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

The undersigned finds good reason to adopt the Report and Recommendation and grant Plaintiff's motion. Therefore, Plaintiff's case is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED this 19th day of April, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE